IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

LISA BAKER, et al.,                    )
                                       )
        Plaintiffs,                    )
                                       )
Vs.                                    )        CIVIL ACTION FILE
                                       )        NO. 1:21-CV-04186-MLB
AMANDA WORTHAM, et al.                  )
                                       )
        Defendants.                    )

## MOTION FOR SUMMARY JUDGMENT

**COMES NOW,** Defendant Gary Harper and moves this Court pursuant to Federal Rule of Civil Procedure 56 and this Court's Local Rule 56.1, as amended by this Court's Order of May 29, 2025, granting the Parties' Consent Motion for relief from the Local Rules for the page limits on briefs, the scheduling and order of filing Motions, and other matters, to enter judgment in favor of Deputy Chief Gary Harper as a matter of law. The undisputed material facts establish that Deputy Chief Harper did not violate any constitutional right claimed by Plaintiffs because they were each arrested based on the presence of actual probable cause, or at the very least with arguable probable cause. *Nieves v. Bartlett*, 587 U.S. 391 (2019) (presence of probable cause defeats retaliatory arrest claim as a matter of law, Count V); *District of Columbia v. Wesby*, 583 U.S. 48, 62 (2019) (probable cause to arrest bars a false arrest claim under the Fourth Amendment, Count I); *Wal-Mart Stores, Inc. v.*

*Blackford*, 264 Ga. 612, 613 (1994) (gravamen of a complaint for state law malicious prosecution claim is absence of probable cause, Count IV); *K-Mart Corp. v. Coker*, 261 Ga. 745, 746 (1991) (same); *Trident Wholesale, Inc. v. Brown*, 370 Ga. App. 505, 509, 897 S.E.2d 610, 614 (2024) (same).

Not only are there no viable Constitutional claims, Harper is entitled to qualified immunity because his conduct did not violate clearly established law such he knew, or at the least should have known that what he is doing violated the rights of Plaintiffs.

This motion is based on all pleadings of record, the discovery conducted in the matter, and the documents filed with this motion.

This 14th day of July, 2025.

/s/ Christopher D. Balch
Christopher D. Balch
Georgia State Bar No. 034015

**BALCH LAW GROUP**
830 Glenwood Ave., SE
Suite 510-220
Atlanta, GA 30316
chris@balchlawgroup.com
404/202-5934

2

## <u>CERTIFICATE OF TYPE FACE COMPLIANCE</u>

In accordance with Local Rules 5.1(C) and 7.1(D), the undersigned certifies that the within and foregoing document was prepared utilizing Microsoft Word in Times New Roman 14 point type.

This 14th day of July, 2025.

/s/ Christopher D. Balch
Christopher D. Balch
Georgia State Bar No. 034015

**BALCH LAW GROUP**
830 Glenwood Ave., SE
Suite 510-220
Atlanta, GA 30316
chris@balchlawgroup.com
404/202-5934

## **CERTIFICATE OF SERVICE**

I hereby certify that the within and foregoing document was served upon all

counsel of record through the Court's ECF/CM system to the email addresses of

record for each counsel as follows:

Drego Cepar, Jr.
1900 The Exchange
Suite 490
Atlanta, GA 30339
770/940-3233
dcepar@gmail.com

David Ware
Phil Friduss
Hall Booth Smith
191 Peachtree Street
Suite 2900
Atlanta, GA 30303
404/
dware@hallboothsmith.com
pfriduss@hallboothsmith.com

Thomas M. Mitchell
Carothers & Mitchell, LLC
1809 Buford Highway
Buford, GA 30518
770/932-3552
Thomas.mitchell@carmitch.com

Karen Woodward
Cruser, Mitchell Novitz Sanchez
    Gaston & Zimet LLP
Meridian II
275 Scientific Drive
Suite 2000
Norcross, GA 30092

This 14th day of July, 2025.

/s/ Christopher D. Balch
Christopher D. Balch
Georgia Bar No. 034015

Balch Law Group
830 Glenwood Ave., SE
Suite 510-220
Atlanta, GA 30316
404/202-5934
chris@balchlawgroup.com

4

5