IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

LISA BAKER, et al.,                       )
                                          )
            Plaintiffs,                   )
                                          )
Vs.                                       )        CIVIL ACTION FILE
                                          )        NO. 1:21-CV-04186-MLB
CITY OF ATLANTA, et al.                   )
                                          )
            Defendants.                   )

**DEFENDANT GARY HARPER'S STATEMENT OF**
**UNDISPUTED MATERIAL FACTS**

COMES NOW, Deputy Chief Gary Harper, a defendant in the above-styled action, and files his Statement of Undisputed Material Facts in support of his motion for Summary Judgment as required by this Court's Local Rules. In support of his Motion, Harper respectfully shows the Court as follows:

1.

ANTIFA and other similar groups are known to law enforcement to use and to promote the use of violence in protests related to police activities. (Plaintiff Exhibit 1 at ICS 201, page 1); Harper depo. at p. 93, l. 23 to p. 94, l.8.

2.

As a result of the information gathered by other units, and the Incident Action Plan developed in response to that information, the Joint Operations Center was

activated to maintain overall command and control of the situation. (Plaintiff Exhibit 1 at ICS 201, page 3).

3.

At some point, a decision was made by some of the group of protesters to march in the streets. Amended Complaint.

4.

During the course of the arrests of the protesters, Officers Williams Skeens, Jack Wright, and Jasmyn Hawkins Mogavero observed and assisted Deputy Chief Jessica Bruce in an altercation that occurred during an arrest of a male protestor. The male protestor resisted a group of officers and DC Bruce was knocked to the ground. The male protestor is not a plaintiff in this case. Skeens deposition at p. 18, ln. 5-24, Skeens Body Worn Camera at time stamp 21:06:49 – 21:07:20; Wright deposition at p. 17-18, ln. 12-25, 1-6, Wright Body Worn Camera at time stamp 21:06:50 – 21:07:04; Hawkins Mogavero deposition at p. 13, ln. 10-23, Hawkins Mogavero Body Worn Camera at time stamp 21:06:48 – 21:07:02.

5.

The decision to arrest is a discretionary act left to the choice of an individual officer based on all of the information known to the officer, including information received from other officers or superiors. Bryant deposition at p. 36, l.12 to p. 37, l.5.

6.

DC Harper observed each plaintiff in the street prior to providing information to other officers of what he saw. Harper Deposition at p. 131 l.17 to l.24; Harper Body Worn Camera radio transmission at time stamp 21:06:30 and 21:08:14.

7.

At the scene of the protest, vehicles were observed travelling down the roadway. Skeen Body Worn Camera at time stamp 21:07:35 – 21:07-29; Gachette Body Worn Camera at time stamp 21:09:00 – 21:09:02; Mogavero Hawkins Body Worn Camera at time stamp 21:14:58 – 21:15:06; Pritchard Body Worn Camera at time stamp 21:05:58 – 21:06:28.

8.

At the scene, Seargent William Skeens observed an object being thrown at DC Harper's vehicle. Skeens deposition at p. 11, ln. 13-18.

9.

At the scene, Seargent William Skeens observed a group of protestors moving slowly up the sidewalk with their arms interlocked. Skeens deposition at p. 20, 9-19; Skeens Body Worn Camera at time stamp 21:07:27.

10.

Officer Malskis observed both pedestrian foot traffic and automobile traffic in the immediate vicinity of where Plaintiffs were protesting and marching. Malskis Body Worn Camera at time stamp 21:07:50 – 21:08:00.

11.

Officer Walker observed both pedestrian foot traffic and automobile traffic in the immediate vicinity of where Plaintiffs were protesting and marching. Walker Body Worn Camera at time stamp 21:07:50 – 21:08:00.

12.

Officer Jeremy Frasier heard DC Harper say, over the radio, "Okay for all the officers out here, everybody that is in that group was in the street I gave them the dispersal order and they committed an act of violence against the police, so they can all go to jail. There is no need to discuss anything." Frasier deposition. at p. 18, ln. 18-22.

13.

When Officer Noziere first saw the protesters, he saw them marching and chanting in the street. Noziere deposition at p. 10, ln. 16-21.

14.

Officer Noziere relied on both his own personal observations and the collective knowledge he received from Lt. Harper when he participated in the arrests

of Shaheen Rana and Silas (Madeline) Marthone. Noziere deposition at p. 13, ln. 2-8.

15.

Officer Noziere heard DC Harper say, over the radio, "Okay for all the officers out here, everybody that is in that group was in the street I gave them the dispersal order and they committed an act of violence against the police, so they can all go to jail. There is no need to discuss anything." Noziere deposition at p. 13, ln. 24-25, p. 14, ln. 1-3.

This 14th day of July, 2025.

/s/ Christopher D. Balch
Christopher D. Balch
Georgia Bar No. 034015

Balch Law Group
830 Glenwood Ave., SE
Suite 510-220
Atlanta, GA 30316
404/202-5934
chris@balchlawgroup.com

## <u>CERTIFICATE OF TYPE FACE COMPLIANCE</u>

In accordance with Local Rules 5.1(C) and 7.1(D), the undersigned certifies that the within and foregoing document was prepared utilizing Microsoft Word in Times New Roman 14 point type.

This 14th day of July, 2025.

*/s/ Christopher D. Balch*
Christopher D. Balch
Georgia State Bar No. 034015

**BALCH LAW GROUP**
830 Glenwood Ave., SE
Suite 510-220
Atlanta, GA 30316
chris@balchlawgroup.com
404/202-5934

## CERTIFICATE OF SERVICE

I hereby certify that the within and foregoing document was served upon all counsel of record through the Court's ECF/CM system to the email addresses of record for each counsel as follows:

| | |
|---|---|
| Drego Cepar, Jr.<br>1900 The Exchange<br>Suite 490<br>Atlanta, GA 30339<br>770/940-3233<br>dcepar@gmail.com | David Ware<br>Phil Friduss<br>Hall Booth Smith<br>191 Peachtree Street<br>Suite 2900<br>Atlanta, GA 30303<br>404/<br>dware@hallboothsmith.com<br>pfriduss@hallboothsmith.com |
| Thomas M. Mitchell<br>Mary Minter<br>Carothers & Mitchell, LLC<br>1809 Buford Highway<br>Buford, GA 30518<br>770/932-3552<br>Thomas.mitchell@carmitch.com | Karen Woodward<br>Edward Greenblat<br>Cruser, Mitchell Novitz Sanchez<br>    Gaston & Zimet LLP<br>Meridian II<br>275 Scientific Drive<br>Suite 2000<br>Norcross, GA 30092 |

This 14th day of July, 2025.

/s/ Christopher D. Balch
Christopher D. Balch
Georgia Bar No. 034015

Balch Law Group
830 Glenwood Ave., SE
Suite 510-220
Atlanta, GA 30316
404/202-5934
chris@balchlawgroup.com